**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6571**

JOTHAM SIMMONS, a/k/a Johnathan Rashad Simmons,

Petitioner - Appellant,

v.

WARDEN ANTONELLI,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  R. Bryan Harwell, District Judge.  (5:17-cv-03019-RBH)

Submitted:  August 16, 2018                 Decided:  August 21, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jotham Simmons, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jotham Simmons, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Simmons v. Antonelli*, No. 5:17-cv-03019-RBH (D.S.C., May 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*